JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SAWYER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-5301-SB (SK)<br><br>JUDGMENT |

　　Pursuant to the Order Dismissing Action for Lack of Prosecution, IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: November 9, 2021

　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge